**CLERK'S MINUTE SHEET**
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Jennifer M. Rozzoni, United States Magistrate Judge

Arraignment/Detention Hearing

| Case Number: | CR 25-3359 DHU | UNITED STATES vs. BEGAY | |
|---|---|---|---|
| Hearing Date: | October 17, 2025 | Time In and Out: | 10:47-10:50 |
| Courtroom Deputy: | N. Maestas | Courtroom: | Rio Grande |
| Defendant: | Brian Begay | Defendant's Counsel: | Irma Rivas for Dennis Candelaria |
| AUSA: | Robert Eliot Neal | Pretrial/Probation: | Anthony Galaz |
| Interpreter: | | Witness: | |

### Proceedings

| | |
|---|---|
| ☐ | First Appearance by Defendant |
| ☐ | Defendant waived appearance at Arraignment |
| ☒ | Defendant received a copy of charging document |
| ☒ | Defendant questioned re: time to consult with attorney regarding penalties |
| ☒ | Defendant waives reading of Indictment |
| ☒ | Defendant enters a Not Guilty plea |
| ☒ | Motions due by: Thursday, November 06, 2025 |

| | | | | | |
|---|---|---|---|---|---|
| ☒ | Parties agree Standing Discovery Order to be electronically entered | ☐ | Discovery Order previously entered | ☐ | Discovery Order not entered; parties to confer pursuant to Rule 16.1(a) within 14 days |

| | | |
|---|---|---|
| ☒ | Case assigned to: Judge Urias | |
| ☒ | Trial will be scheduled by presiding judge | ☐ Trial currently set |
| ☐ | Defendant waives right to contest detention | |
| ☒ | Defense counsel requests continuance of detention hearing until Tuesday, October 21, 2025 at 9:30 | |

### Custody Status

| | |
|---|---|
| ☒ | Defendant detained pending hearing |
| ☐ | Conditions |

### Other

| | |
|---|---|
| ☐ | Defendant waives personal presence at hearing/Court accepts Defendant's waiver |
| ☐ | Pursuant to the Due Process Protections Act, Court confirms the United States obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so. |