FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAR 3 0 2026

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 25-cr-3359-DHU |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Counts 1-6: 18 U.S.C. §§ 1153, |
| | ) | 2244(a)(5), and 2246(3): Abusive Sexual |
| **BRIAN BEGAY,** | ) | Contact. |
| | ) | |
| Defendant. | ) | |

INFORMATION

The United States of America charges:

Count 1

Between on or about December 11, 2015, and December 10, 2019, in Indian Country, in San Juan County, in the District of New Mexico, the defendant, **BRIAN BEGAY**, an Indian, unlawfully and knowingly engaged in and caused sexual contact with Jane Doe, a child who had attained the age of 12 years, but had not attained the age of 16 years, Jane Doe was at least four years younger than the defendant, by using force and by threatening and placing Jane Doe in fear that any person would be subjected to death, serious bodily injury, and kidnapping, and the sexual contact consisted of the defendant intentionally touching Jane Doe's vagina directly with his mouth, with the intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person.

In violation of 18 U.S.C. §§ 1153, 2244(a)(5), and 2246(3).

Count 2

Between on or about December 11, 2015, and December 10, 2019, in Indian Country, in San Juan County, in the District of New Mexico, the defendant, **BRIAN BEGAY**, an Indian,

1

unlawfully and knowingly engaged in and caused sexual contact with Jane Doe, a child who had attained the age of 12 years, but had not attained the age of 16 years, Jane Doe was at least four years younger than the defendant, by using force and by threatening and placing Jane Doe in fear that any person would be subjected to death, serious bodily injury, and kidnapping, and the sexual contact consisted of the defendant intentionally touching Jane Doe's vagina directly with his penis, with the intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person.

In violation of 18 U.S.C. §§ 1153, 2244(a)(5), and 2246(3).

## Count 3

Between on or about December 11, 2015, and December 10, 2019, in Indian Country, in San Juan County, in the District of New Mexico, the defendant, **BRIAN BEGAY**, an Indian, unlawfully and knowingly engaged in and caused sexual contact with Jane Doe, a child who had attained the age of 12 years, but had not attained the age of 16 years, Jane Doe was at least four years younger than the defendant, by using force and by threatening and placing Jane Doe in fear that any person would be subjected to death, serious bodily injury, and kidnapping, and the sexual contact consisted of the defendant intentionally touching Jane Doe's vagina directly with his penis, with the intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person.

In violation of 18 U.S.C. §§ 1153, 2244(a)(5), and 2246(3).

## Count 4

Between on or about December 11, 2015, and December 10, 2019, in Indian Country, in San Juan County, in the District of New Mexico, the defendant, **BRIAN BEGAY**, an Indian, unlawfully and knowingly engaged in and caused sexual contact with Jane Doe, a child who had

attained the age of 12 years, but had not attained the age of 16 years, Jane Doe was at least four years younger than the defendant, by using force and by threatening and placing Jane Doe in fear that any person would be subjected to death, serious bodily injury, and kidnapping, and the sexual contact consisted of the defendant intentionally touching his penis directly to Jane Doe's mouth, with the intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person.

In violation of 18 U.S.C. §§ 1153, 2244(a)(5), and 2246(3).

### Count 5

Between on or about December 11, 2015, and December 10, 2019, in Indian Country, in San Juan County, in the District of New Mexico, the defendant, **BRIAN BEGAY**, an Indian, unlawfully and knowingly engaged in and caused sexual contact with Jane Doe, a child who had attained the age of 12 years, but had not attained the age of 16 years, Jane Doe was at least four years younger than the defendant, by using force and by threatening and placing Jane Doe in fear that any person would be subjected to death, serious bodily injury, and kidnapping, and the sexual contact consisted of the defendant intentionally touching his penis directly to Jane Doe's mouth, with the intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person.

In violation of 18 U.S.C. §§ 1153, 2244(a)(5), and 2246(3).

### Count 6

Between on or about December 11, 2015, and December 10, 2019, in Indian Country, in San Juan County, in the District of New Mexico, the defendant, **BRIAN BEGAY**, an Indian, unlawfully and knowingly engaged in and caused sexual contact with Jane Doe, a child who had attained the age of 12 years, but had not attained the age of 16 years, Jane Doe was at least four

3

years younger than the defendant, by using force and by threatening and placing Jane Doe in fear that any person would be subjected to death, serious bodily injury, and kidnapping, and the sexual contact consisted of the defendant intentionally touching Jane Doe's vagina directly with his penis, with the intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person.

In violation of 18 U.S.C. §§ 1153, 2244(a)(5), and 2246(3).

TODD BLANCHE
Deputy Attorney General

RYAN ELLISON
First Assistant United States Attorney

JESSE PECORARO
Assistant United States Attorney

4